1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | PAULA SUSANNE MCNABB,    )   CASE NO.  2:20-cv-10217-CAS-PVC

12 |           )

              Plaintiff,    )

13 |           )

14 |        v.     )   ORDER FOR AWARD

           )   OF EQUAL ACCESS TO JUSTICE

15 | KILOLO KIJAKAZI, Acting   )   ACT ATTORNEY FEES

   Commissioner of Social Security,  )   PURSUANT TO 28 U.S.C. §2412(d)

16 |           )

             Defendant   )

17

18      Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and

19 Assignment of EAJA Fees, and all the files, records and proceedings in this matter,

20 it is hereby

21      **ORDERED** that Plaintiff is awarded attorney fees in the total amount of

22 **$7,500** as authorized by 28 U.S.C. §2412.

23

24

25 Dated: December 5, 2022   _____

26              HON. PEDRO V. CASTILLO

              UNITED STATES MAGISTRATE JUDGE

27

28